Commonwealth *v.* Potter, Appellant.

Submitted September 12, 1975. *Mark E. Dolin,* and *Dolin, Ziccardi & Rudley,* for appellant; *James W. Wilson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Reppert, Appellant.

Submitted December 16, 1975. *Richard N. Beltzner,* Assistant Public Defender, and *Ralph W.D. Levan,* First Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.